IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TRAMPUS STANLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:17CV913 |
| ) | |
| NANCY BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On February 25, 2019, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (ECF Nos. 13, 14.) No objections were filed within the time prescribed by § 636.

It is hereby,

ORDERED that the Commissioner's decision finding no disability is REVERSED, and that the matter is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

IT IS FURTHER ORDERED that Defendant's Motion for Judgment on the Pleadings, (ECF No. 11), is DENIED, and Plaintiff's Motion to Reverse the Decision of the Commissioner, (ECF. No. 9), is GRANTED.

This, the 13th day of March 2019.

/s/ Loretta C. Biggs
United States District Judge